**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ALMEIDA, | No. C-11-04899 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO VACATE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BIG RED CONSTRUCTION, | |
| Defendant(s). | |

The court is in receipt of Defendants' letter stating that the parties have settled the matter and requesting the court to vacate the Initial Case Management Conference scheduled for January 18, 2012. The request is GRANTED. The parties shall submit a stipulation of dismissal **no later than March 7, 2012**.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*